FILED

03/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0568

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 23-0568

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JORY JERAE SONGER,

Defendant and Appellant.

**ORDER**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 8, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 11 2024